**This document was signed electronically on June 11, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



_____
**Pat E. Morgenstern-Clarren
United States Bankruptcy Judge**

**Dated: June 11, 2010**

BK1000269
AAH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 09-21423 |
| Linda D Jones | Chapter 7 |
| | Judge Morgenstern-Clarren |
| Debtor | |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT OF U.S. BANK, N.A., SUCCESSOR BY MERGER TO FIRSTAR BANK, N.A., FORMERLY KNOWN AS STAR BANK, N.A. PROPERTY LOCATED AT (1403 E. 262ND STREET EUCLID, OH 44132)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A., successor by merger to Firstar Bank, N.A., formerly known as Star Bank, N.A..

At the hearing held June 3, 2010 the Judge granted the Motion for Relief from Stay and Abandonment and is allowing the debtor to reinstate the account within 60 days of the hearing held. In the event that debtor reinstate the account, this Order shall be vacated by Motion of the Debtor.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 1403 E. 262nd Street, Euclid, OH 44132.

IT IS THEREFORE ORDERED that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 1403 E. 262nd Street, Euclid, OH 44132.

###

**SUBMITTED BY:**

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480

(513) 241-3100 ext. 3472
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Linda D Jones - Debtor
1403 E. 262th Street
Euclid, OH 44132
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Debra P Simon, Esq. - Attorney for Debtor
1468 W. 9th St
#425
Cleveland, OH 44113
debrapsimon@yahoo.com
VIA ELECTRONIC SERVICE

Ronald C Taylor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Alan J. Treinish - Trustee
1370 Ontario Street
Suite 700
Cleveland, OH 44113
atreinish@epitrustee.com
VIA ELECTRONIC SERVICE